IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CLYDE R. MCCOLLUM, JR.,

    Plaintiff,

v.

BRYAN L. HEARRON, SANDY L. SCHULTZ, STATE OF WISCONSIN DISTRICT ATTORNEY, CITY OF WAUSAU POLICE DEPARTMENT, OSHKOSH CORRECTIONAL INSTITUTION and DETECTIVE HANSEN,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 14-cv-799-jdp

This action came before the court for consideration with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing plaintiff Clyde R. McCollum Jr.'s complaint with prejudice for plaintiff's failure to prosecute.

/s/  
Peter Oppeneer, Clerk of Court

8/22/2017  
Date